UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYRON BREEZE, JR., <br><br> Plaintiff, <br> v. <br><br> PGGS GOURMET, INC., a New York Corporation Company, d/b/a Columbus Gourmet Food, and PARTNERSHIP 92 WEST, L.P., a Delaware Limited Partnership, <br><br> Defendant. | Case No. 1:17-CV-09020 <br><br> STIPULATION OF DISMISSAL <br> WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BYRON BREEZE, JR. ("Plaintiff") and Defendant PARTNERSHIP 92 WEST, L.P., through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

[INTENTIONALLY LEFT BLANK]
[SIGNATURES TO FOLLOW]

49401v2        48950v1

Dated: New York, New York
~~May~~ ___, 2018
June 7
BASHIAN & PAPANTONIOU, P.C

By: _____
Erik M. Bashian, Esq.
*Attorneys for Plaintiff*
500 Old Country Road, Suite 302
Garden City, NY 11530

By: _____
Lawrence Wolf, Esq.
*Attorneys for Defendant*
Partnership 92 West, L.P.
6 Hemlock Hills
Chappaqua, NY 10514

**SO ORDERED:**

_____
HON. JOHN G. KOELTL